Daria Dub Carlson (SBN 150628)
**MARKUN ZUSMAN FRENIERE & COMPTON, LLP**
17383 Sunset Boulevard, Suite A-380
Pacific Palisades, CA 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970
Email: dcarlson@mzclaw.com

*Attorneys for Defendant*
*Windham Professionals, Inc.,*

**UNITED STATES DISCTRICT COURT**

**EASTERN DISCTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE BARNES,<br><br>Plaintiffs,<br><br>v.<br><br>WINDHAM PROFESSIONALS, INC.,<br><br>Defendants. | **CASE NO: 2:18-CV-01736-WBS-EFB**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT; ORDER THEREON**<br><br>**Assigned to: Honorable William B. Shubb**<br><br>**Complaint filed: June 15, 2018** |

WHEREAS, on June 15, 2018, plaintiff Tyrone Barnes ("Plaintiff") filed a Class Action Complaint against Windham Professionals, Inc. ("Defendant") alleging violations of the Telephone Consumer Protection Act (47 U.S.C. § 227, et seq.) (the "TCPA);

WHEREAS, Defendant contends that, among other things, the system used by Defendant to contact Plaintiff was not an "auto-dialer" as encompassed by TCPA, and that Defendant therefore has not violated the TCPA;

WHEREAS, the parties have been in communication and have been discussing the exchange of information which could result in the resolution of this matter; and

WHEREAS, Plaintiff has previously granted Defendant a 28 day extension to respond to the Complaint to attempt to facilitate resolution of this matter,

THE PARTIES HEREBY STIPULATE AND AGREE, subject to Court approval, as follows:

Pursuant to Eastern District of California Local Rule 144(a), subject to Court approval, Defendant shall have an additional thirty (30) days to respond to the Complaint. Defendant's response shall therefore be due September 6, 2018.

Dated: August 2, 2018        MARKUN ZUSMAN FRENIERE & COMPTON, LLP


/s/ Daria Dub Carlson
Attorneys for defendant Windham Professionals, Inc.

Dated: August 2, 2018        BURSOR & FISHER, P.A.


/s/ L. Timothy Fisher
(as authorized on August 2, 2018)
Attorneys for Plaintiff Tyrone Barnes, individually and on behalf of all others similarly situated

**ORDER**

The Court, having reviewed and considered the parties' Stipulation to Extend Time for Defendant to Respond to Class Action Complaint (the "Stipulation"), and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

Defendant Windham Professionals, Inc. ("Defendant") shall have an additional thirty (30) days to respond to the Class Action Complaint of plaintiff Tyrone Barnes. Defendant's response shall therefore be due September 6, 2018.

**Dated: August 3, 2018**

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE